1  MURLENE J. RANDLE
   LAW OFFICES OF M. J. RANDLE
2  700 Montgomery Street
   San Francisco, CA 94111
3  Telephone: (415) 352-0189
   Facsimile: (415) 325-4366
4  Murlene@Randlelawoffices.com

5
   Attorney for Plaintiff
6

7
                    UNITED STATES DISTRICT COURT
8
                 NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11
   **NARISSA DOTSON-LINDO,**              ) CASE NO. CV-084968 WHA
12                                         )
        Plaintiff                          )
13                                         )
   vs.                                     )
14                                         ) **SUBSTITUTION OF ATTORNEY &**
                                           ) **[PROPOSED] ORDER.**
15 **ALLIANT CREDIT UNION, and Does**      )
   **1- 100**                              )
16                                         )
        Defendant.                         )
17 ──────────────────────────────          )
                                           )
18                                         )

19

20      TO THE CLERK OF COURT AND COUNSEL OF RECORD FOR DEFENDANT

21      MORGAN, LEWIS & BOCKIUS LLP APPEARING BY MELINDA S. RIECHERT

22      AND SCOTT P. PEARTREE

23      Notice is hereby given that Plaintiff NARRISA DOTSON-LINDO substitute The Law

24  Offices of M. J. Randle, Murlene J. Randle, Attorney at Law, as her sole attorney of record in

25  place The Law Offices of Mayor Joseph L. Alioto and Angela Alioto. The address and telephone

26  number of The Law Offices of M. J. Randle, to which all further notices, pleadings, orders, and

27  correspondence should be sent, are:

28

1  The Law Offices of M. J. Randle
   700 Montgomery Street
2  San Francisco, CA 94111
   (415) 352-0189 (phone)
3  (415) 325-4366 (fax)
   Murlene@Randlelawoffices.com
4
   **NOTE: The above address will change effective May 1, 2009, my new address will be:**
5
   235 Montgomery Street
6  Suite 716
   San Francisco, CA 94104
7
   I will notice the court and the defense again in May with the new address.
8
   Dated: April 08, 2009
9
                                    LAW OFFICES OF M. J. RANDLE
10

11

12
                                    By: /s/ M. Randle
13
                                    MURLENE J. RANDLE, ESQ.
14
   I requested, accept, and consent to substitute The Law Offices of M. J. Randle as
15
   Narrisa Dotson-Lindo's counsel of record in this civil action.
16
   Dated: April 9, 2009
17
                                    LAW OFFICES OF M. J. RANDLE
18

19

20
                                    By: /s/ M. Randle
21
                                    MURLENE J. RANDLE, ESQ.
22

23
   I consent to and accept the substitution of attorney as noticed herein.
24

25 Dated: April 8, 2009
26
                                    /s/ Narrisa Dotson-Lindo
27
                                    Narrisa Dotson-Lindo
28

## **ORDER**

The above substitution of attorney read and considered, IT IS SO ORDERED.

Dated: April __14__, 2009



_____
The Honorable William J. Alsup
United States District Judge