MURLENE J. RANDLE, State Bar No. 98124
LAW OFFICES OF M. J. RANDLE
700 Montgomery Street
San Francisco, CA 94111
Tel: 415.325.0189
Fax: 415.325.4366
Email: murlene@randlelawoffices.com

Attorneys for Plaintiff
NARRISA DOTSON-LINDO

MELINDA S. RIECHERT, State Bar No. 65504
SCOTT P. PEARTREE, State Bar No. 240197
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
Email: mriechert@morganlewis.com

Attorneys for Defendant
ALLIANT CREDIT UNION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NARRISA DOTSON-LINDO,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLIANT CREDIT UNION and Does 1-100,<br><br>　　　　　　　　Defendants. | Case No. CV-084968 WHA<br><br>**STIPULATION TO EXTEND MEDIATION AND DISCOVERY DEADLINES AND (PROPOSED) ORDER** |

1.　　Due to the serious illness of the Plaintiff's husband, Defendant has not been able to take the deposition of the Plaintiff. In addition, the parties are attempting to resolve this case without the necessity of a formal mediation or depositions. Accordingly, the parties stipulate, and

hereby request that this Court enter an order, extending the deadline for the completion of mediation, and the close of non-expert discovery and expert disclosure, reports and discovery. This stipulation will not affect the summary judgment motion deadline, the Final Pretrial Conference date of February 8, 2010 or the Jury Trial date of February 22, 2010 currently scheduled. The parties stipulate to the following modification of hearing deadlines:

2. The deadline for completion of private mediation **is extended from April 30, 2009 to August 10, 2009.**

3. The deadline for completion of non-expert discovery **is extended from August 7, 2009 to September 30, 2009.**

4. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof ("opening reports") **is extended from August 7, 2009 to September 30, 2009.** Within **fourteen calendar days** thereafter, all other parties must disclose any responsive expert testimony with full expert reports responsive to opening reports ("opposition reports"). Within **seven calendar days** thereafter, the opening parties must disclose any reply reports rebutting specific material in opposition reports. Reply reports must be limited to true rebuttal and should be very brief. They should not add new material that should have been placed in the opening report. Without a reply report disclosure, no reply/rebuttal expert testimony will ordinarily be allowed. The cutoff for all expert discovery shall be **fourteen calendar days** after the deadline for reply reports. In aid of preparing an opposition or reply report, a responding party may depose the adverse expert sufficiently before the deadline for the opposition or reply report so as to use the testimony in preparing the response. Experts must make themselves readily available for such depositions. Alternatively, the responding party can elect to depose the expert later in the expert-discovery period. An expert, however, may be deposed only once unless the expert is used for different opening and/or opposition reports, in which case the expert may be deposed independently on the subject matter of each report. At least **28 calendar days** before the due date of opening report, each party shall serve a list of issues on which it will offer any expert testimony in its case-in-chief (including from non-retained experts). This is so that all parties will be timely able to

1  obtain counter-experts on the listed issues and to facilitate the timely completeness of all expert
2  reports. Failure to do so disclose may result in preclusion.

3
4  Dated: April 23, 2009                MORGAN, LEWIS & BOCKIUS LLP

5
6                                       By _____
                                            Scott P. Peartree
7
                                        Attorneys for Defendant
8                                       ALLIANT CREDIT UNION

9  Dated: April 23, 2009                LAW OFFICES OF M. J. RANDLE
10
11                                      By _____
                                            Murlene J. Randle
12
                                        Attorneys for Plaintiff
13                                      NARRISA DOTSON-LINDO

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO
DB2/21088546.2                  3        STIP. TO EXTEND MED AND DISC.
                                         DEADLINES (CASE NO.: CV-084968 WHA)

[~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, the foregoing Amended Hearing Deadlines and Stipulation is approved and adopted as an Order of the Court.

Dated: April 27, 2009

IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21088546.2

4

STIP. TO EXTEND MED AND DISC.
DEADLINES (CASE NO.: CV-084968 WHA)