1  MURLENE J. RANDLE (098124)
   LAW OFFICES OF MURLENE J. RANDLE
2  235 Montgomery Street, Suite 716
   San Francisco, CA 94104
3  Tel: 415-352-0189
   Fax: 415-352-0187
4  Murlene@Randlelawoffices.com

5  Counsel for Plaintiff:
   Narrisa Dotson-Lindo
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   NARISSA DOTSON-LINDO,                    Case No.: CV-084968 WHA
12
              Plaintiffs,                   **STIPULATION AND [PROPOSED]
13                                          ORDER DISMISSING ACTION IN ITS
         v.                                 ENTIRETY WITH PREJUDICE**
14

15 ALLIANT CREDIT UNION, and DOES
   1-100
16
              Defendants.
17

18

19
                              **STIPULATION**
20

21       IT IS HEREBY STIPULATED BETWEEN PLAINTIFF NARISSA DOTSON-LINDO

22 AND DEFENDANT ALLIANT CREDIT UNION, THROUGH THEIR RESPECTIVE

23 COUNSEL, AS FOLLOWS:

24 //

25 //

26 //

27 //

28

WHEREAS, this matter has now been resolved between plaintiff Narrisa Dotson-Lindo on the one hand and defendant Alliant Credit Union on the other hand, the parties jointly request that this action, and all of the claims pled herein, be dismissed forthwith in their entirety with prejudice with each side to bear its own costs.

DATED: September 21, 2009          Morgan, Lewis & Brokius LLP

By: _____
MELINDA S. REICHART
Attorney for Defendant
ALLIANT CRDEIT UNION


DATED: September 17, 2009          Law Office of Murlene J. Randle

By: _____
MURLENE J. RANDLE
Attorney for Plaintiff
NARRISA DOTSON-LINDO

## ORDER

BASED ON THE FOREGOING STIPULATION OF THE PARTIES AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders as follows: this action, and all of the claims pled herein, is dismissed in its entirety with prejudice, with each side to bear its own costs.

IT IS SO ORDERED.

Dated: September 24, 2009.          By: _____
Honorable William H. Alsup
United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

2